**Exhibit A to the Complaint**

**Location:** Oakland, CA  
**Total Works Infringed:** 43  
**IP Address:** 67.161.59.88  
**ISP:** Comcast Cable

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | F9B1C1D66AED353AE45C3DB37B2DCEA70E3E7649 | 05/09/2019 21:03:48 | Vixen | 05/09/2019 | 06/03/2019 | PA0002178768 |
| 2 | 01B71672D0B38D62A49CA8825948B2AD599C3F34 | 01/16/2019 08:12:58 | Vixen | 01/14/2019 | 02/02/2019 | PA0002155387 |
| 3 | 02639B130583FF6164422EB36273B3638580412C | 04/11/2019 06:34:34 | Vixen | 04/09/2019 | 04/29/2019 | PA0002169963 |
| 4 | 03757E6DA7D05D93F8E003A4D7262CAA33E53169 | 07/10/2017 05:45:06 | Vixen | 07/08/2017 | 08/17/2017 | PA0002077664 |
| 5 | 0EBA475DA465321E5DA8DF75FB421CA1138E609B | 01/10/2019 08:13:06 | Tushy | 01/06/2019 | 01/22/2019 | PA0002147897 |
| 6 | 154B4A69FFE2BB86ED95D4CCCF1E2B95252B7179 | 07/16/2018 05:15:01 | Tushy | 07/15/2018 | 08/07/2018 | PA0002132406 |
| 7 | 1C93EF754C5F3CFF9910E3CD36CE848233F3E761 | 10/17/2017 06:33:22 | Tushy | 10/03/2017 | 10/10/2017 | PA0002086147 |
| 8 | 1F3E0B52FC5372DB1F6EFE65DC99D56299130656 | 12/30/2017 07:22:35 | Vixen | 12/10/2017 | 01/04/2018 | PA0002097451 |
| 9 | 2D2033031F7AF8532084FFC47F96547A8BEF6E7F | 05/13/2018 07:54:16 | Tushy | 05/06/2018 | 06/19/2018 | PA0002126449 |
| 10 | 2D2229DA71887BE8ED04665C734B80E689721D69 | 12/19/2018 06:47:52 | Tushy | 11/02/2018 | 12/10/2018 | PA0002145834 |
| 11 | 4790E496D0B3796466C1E3429543B7EB173504A5 | 08/06/2018 00:23:42 | Vixen | 07/08/2018 | 07/26/2018 | PA0002112152 |
| 12 | 4B80266C6319762CA92FA79F97F318B0CCC95547 | 04/02/2018 07:39:20 | Vixen | 03/25/2018 | 04/17/2018 | PA0002116726 |
| 13 | 533D087ADE40D115DF35FD5A69D8C26082BBB120 | 04/24/2019 10:35:17 | Tushy | 06/15/2018 | 07/14/2018 | PA0002128159 |
| 14 | 55BB371A752ECC9DE4C7916382DDE1BF92AF8C89 | 03/10/2019 10:47:15 | Vixen | 03/05/2019 | 03/31/2019 | PA0002163982 |
| 15 | 59B347A603ED2013ED5536874919AD43C55C4E42 | 01/16/2018 08:37:21 | Vixen | 01/14/2018 | 01/22/2018 | PA0002101751 |
| 16 | 62CC3935B7FC860B01E6FE26EE9DD4F07D7722A7 | 10/17/2017 06:23:40 | Vixen | 10/16/2017 | 10/19/2017 | PA0002090451 |
| 17 | 6EF473A6B4528FF0C9472D36DDD8E388B22D1C79 | 07/06/2017 01:14:23 | Tushy | 07/05/2017 | 07/06/2017 | PA0002041555 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | 6F75AEA8C4BF36A79E8567BCC9EE96EFA63E76B0 | 01/27/2018 09:00:29 | Vixen | 01/24/2018 | 03/02/2018 | PA0002104759 |
| 19 | 75FBDB11DA1487257FA65F4579DA762BEACEEA69 | 03/21/2019 04:50:15 | Vixen | 03/15/2019 | 04/08/2019 | PA0002164872 |
| 20 | 78FAB2B2DD2918F1EDC644EAD74B5B472BB28B23 | 05/26/2018 07:54:42 | Vixen | 05/24/2018 | 07/14/2018 | PA0002128388 |
| 21 | 88F4E42490AE9FC50683218ABBB2870B3741752A | 06/11/2017 01:30:04 | Vixen | 05/24/2017 | 06/22/2017 | PA0002039294 |
| 22 | 8A9C9006BBAC3C3C4E8218D15024143957BBD162 | 07/19/2018 04:02:46 | Vixen | 07/18/2018 | 09/01/2018 | PA0002119684 |
| 23 | 8B6C0A3E0EF068BEF48FDCE92C7086ED1C13C8B4 | 11/18/2017 08:17:44 | Tushy | 11/17/2017 | 01/04/2018 | PA0002069336 |
| 24 | 9E6830F68F139715283F70F7717AFE7C54F9BE53 | 02/24/2019 04:18:42 | Vixen | 02/23/2019 | 04/29/2019 | PA0002169931 |
| 25 | AA89286A02740505CC476A80FDEFE2AD70BA81C3 | 04/24/2019 09:07:43 | Tushy | 03/02/2018 | 04/17/2018 | PA0002116728 |
| 26 | AB8435A9EAD76E3EA76599546F678D9D5CED437C | 08/03/2017 05:11:04 | Vixen | 08/02/2017 | 08/17/2017 | PA0002077667 |
| 27 | B64F79A5F7777F57405828B94AF0BD37E7BABC7E | 03/23/2018 19:50:56 | Tushy | 03/07/2018 | 04/17/2018 | PA0002116089 |
| 28 | B8C7FB5498F0FF7EBA5208A6516F23C5FE8FC26C | 04/23/2019 06:50:49 | Tushy | 04/21/2019 | 06/03/2019 | PA0002178776 |
| 29 | B968DDD082AFDEB683B577B4268AF051EF1BC1A4 | 09/30/2018 09:33:21 | Tushy | 09/28/2018 | 10/16/2018 | PA0002127781 |
| 30 | BEC51D592695F02E506FFB6F633208A899E29D57 | 09/03/2018 02:51:01 | Vixen | 09/01/2018 | 11/01/2018 | PA0002143431 |
| 31 | D426A2D6E52831784821746CD52676CA758A10BA | 12/08/2017 08:27:19 | Tushy | 12/07/2017 | 01/04/2018 | PA0002097494 |
| 32 | E1BE2B9807BF3103EF942AA5C8AD7045AD33B049 | 01/06/2018 06:47:53 | Vixen | 01/04/2018 | 01/15/2018 | PA0002070947 |
| 33 | E244901A2F5C8F21051F7F75621D519266AABEB0 | 09/12/2017 04:33:23 | Vixen | 06/28/2017 | 07/07/2017 | PA0002070828 |
| 34 | E2C7409AB6EBDF8E33EE9B7FD546BFA84367C830 | 09/19/2017 07:55:01 | Tushy | 09/18/2017 | 10/09/2017 | PA0002086139 |
| 35 | E3EAD81C6439680A0ED4E8DA8AFB5BCAC881E3D5 | 03/28/2019 07:17:25 | Tushy | 03/27/2019 | 04/29/2019 | PA0002169944 |
| 36 | E3EC34ABC8E1E6262D7794CC67428CF4A43FE6CB | 06/19/2017 17:45:29 | Tushy | 06/15/2017 | 07/07/2017 | PA0002070815 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 37 | E6B91A8362BE7505DA1DE620E20967A05E27AC71 | 11/09/2017 05:29:47 | Vixen | 10/26/2017 | 12/04/2017 | PA0002098029 |
| 38 | E802B750BB3BB321A4A99A69215A69028710674D | 07/30/2017 07:08:38 | Vixen | 07/28/2017 | 08/10/2017 | PA0002046871 |
| 39 | EAB7B112FD1CC182251AAFEC7965366C5FF5019B | 10/22/2017 09:50:20 | Vixen | 10/21/2017 | 11/30/2017 | PA0002098006 |
| 40 | F67711CC46DB6D529E3F9211310C89B06FEF19F2 | 12/17/2017 08:47:33 | Vixen | 12/15/2017 | 01/24/2018 | PA0002101764 |
| 41 | F784D65D9FB51CD23AC4F54194FA7912A36908DC | 08/10/2018 04:13:45 | Tushy | 08/09/2018 | 09/05/2018 | PA0002135685 |
| 42 | FB4CC65DD4415BDDE9680203F21531D57415D2C8 | 12/02/2017 10:41:39 | Tushy | 11/27/2017 | 01/04/2018 | PA0002069335 |
| 43 | FD44EDB24CBD0DBFDF7E9F7D0E6A3B4451EDE702 | 09/22/2017 08:50:22 | Vixen | 09/21/2017 | 10/10/2017 | PA0002086168 |